**VACATE and DISMISS and Opinion Filed April 20, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00995-CV

**COURTNEY ALSOBROOK, Appellant**
**V.**
**MTGLQ INVESTORS, LP, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CI1-22-0042**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Pedersen, III

This is an appeal from the trial court's final judgment of possession in a forcible detainer suit. Asserting the appeal has become moot because appellant is no longer in possession of the subject property, appellee has filed a motion to dismiss.

The only issue in a forcible detainer suit is the right to actual possession of the premises. *See Marshall v. Housing Auth. of City of San Antonio*, 198 S.W.3d 782, 785 (Tex. 2006). Unless the tenant has a "potentially meritorious claim of right to current, actual possession," the issue of possession and the case become moot. *See*

*id.* at 787.  When a case becomes moot on appeal, an appellate court must vacate the trial court's judgment and dismiss the case.  *See id.* at 785, 790.

Although appellant has had more than ten days to respond to appellee's motion, she has not done so.  Accordingly, with nothing before us showing appellant has a "potentially meritorious claim of right to current, actual possession," we grant appellee's motion, vacate the trial court's final judgment of possession, and dismiss the case.  *See id.* at 790.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

220995F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

COURTNEY ALSOBROOK,
Appellant

No. 05-22-00995-CV     V.

MTGLQ INVESTORS, LP, Appellee

On Appeal from the County Court at
Law No. 1, Rockwall County, Texas
Trial Court Cause No. CI1-22-0042.
Opinion delivered by Justice
Pedersen, III, Justices Garcia and
Kennedy participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's September 14, 2022 final judgment of possession and **DISMISS** the case.

Judgment entered April 20, 2023